# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3318

_____

| | | |
|---|---|---|
| Paul Childress, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Johnny Rinehart; Steven Leippert, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: March 5, 2004

Filed: March 24, 2004

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Paul Childress appeals the district court's[1] pre-service dismissal of his civil rights action for lack of personal jurisdiction over defendants. Upon de novo review, we conclude Childress failed to show that the exercise of personal jurisdiction would comport with due process. See Stanton v. St. Jude Med., Inc., 340 F.3d 690, 693-94 (8th Cir. 2003) (standard of review; factors to consider in due process determination);

_____

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

Stevens v. Redwing, 146 F.3d 538, 543 (8th Cir. 1998) (plaintiff must make prima facie showing of personal jurisdiction).

Accordingly, we affirm.

_____